ACCEPTED
12-15-00240-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/27/2015 12:07:51 PM
Pam Estes
CLERK

# IN THE COURT OF APPEALS
## TWELFTH APPELLATE DIVISION
## STATE OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

10/27/2015 12:07:51 PM

PAM ESTES
Clerk

| | | |
|---|---|---|
| **HENRY EARL RANDLE,** | § | |
| APPELLANT | § | |
| | § | |
| v. | § | **No. 12-15-00240-CR** |
| | § | **No. 12-15-00241-CR** |
| **THE STATE OF TEXAS,** | § | |
| APPELLEE | § | |

### Motion to Withdraw

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, Dean Watts, court appointed attorney on appeal for the above referenced Appellant, pursuant to *Anders v. California*, 386 U.S. 738 (1967), and hereby files this Motion to Withdraw and for good cause shows this Honorable Court the following:

### I. FACTS

1. On August 7, 2015, the Appellant pled guilty to two offenses of state jail felony theft, was sentenced to one year in state jail on each case, with the sentences to be run concurrently.

2. On August 28, 2015 the Appellant timely filed a notice of appeal.

3. After a careful examination of the record, Counsel finds there are no arguable grounds to support an appeal.

### II. ARGUMENT

4. In accordance with the requirements of *Anders v. California*, 386 U.S. 738 (1967), counsel for Appellant requests this Court to allow him to withdraw.

5. Appellant's address is: 3295 FM 3514, Beaumont, Texas 77705.

6. Counsel for Appellant has forward to Appellant a copy of the Ander's brief and has informed Appellant of his rights. Attached hereto and incorporated herein by reference is Exhibit "A", the letter sent to the Appellant along with his copy of the Anders brief,

1

detailing his rights hereunder.

7. Good cause exists to relieve counsel for Appellant from his representation of him. Specifically, Counsel for Appellant can find no arguable grounds to support an appeal and finds that any issue brought forth would be without merit and frivolous.

### III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Counsel for Appellant prays that this Honorable Court grant his Motion to Withdraw without harm to the rights of the Appellant, guaranteed by the United States Constitution and the Constitution of Texas.

Respectfully submitted,

/s/ Dean Watts
Dean Watts, Attorney for Appellant
SBN #24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

### CERTIFICATE OF SERVICE

As Attorney of Record for the Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was this date provided by electronic delivery to the Attorney for the State at 101 West Main Street, #250, Nacogdoches, Texas 75961 on 10/27/15.

/s/ Dean Watts
Dean Watts, Attorney for Appellant

### CERTIFICATE OF SERVICE

As Attorney of Record for the Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was on this date mailed to the Appellant, at the Gist Unit, 3295 FM 3514, Beaumont, Texas 77705 on 10/27/15.

/s/ Dean Watts
Dean Watts, Attorney for Appellant

2

EXHIBIT "A"

# Dean Watts
## Attorney at Law
120 East Pilar Street
Nacogdoches, Texas 75961

(936) 559-9288                                                   Board Certified- Criminal Law
Fax (936) 559-0959                                              Texas Board of Legal Specialization

October 28, 2015


Henry Earl Randle
Gist Unit
# 02014217
3295 FM 3514
Beaumont, Texas 77705

RE: Henry Earl Randle vs. The State of Texas

Dear Mr. Randle,

As discussed in my enclosed brief, an appeal is based solely on the transcripts and exhibits offered into evidence during trial. In order to preserve a claim for the purpose of appeal, certain procedures must be followed during the trial, otherwise no record exists for them. The brief will then address areas which the appellate court might correct upon their review of the record, which again means the entire transcript of the trial.

I can only make arguments on issues which are supported by law. Unfortunately, I couldn't find any evidence from the record of trial to support an appeal. In circumstances like this, I must withdraw from representing you by filing an Anders brief. The reasons and case law to support this conclusion are outlined in the accompanying brief.

However, you still have a right to appeal your case. You can review the record and trial transcript. You can file your own brief, or you can hire another attorney to file your brief. You have 30 days from the date the Court of Appeals files this Anders brief (generally 30 days from the date the brief was submitted) or you can request for additional time to file your brief. **If you want to file your own brief, you should contact the 12th Court of Appeals, at <u>1517 West Front St # 354, Tyler, TX 75702</u> immediately to ask for an extension of time to file your own brief.**

If you chose to file the brief yourself, you must notify the trial judge of your intent to do so, and tell him you would like to examine the transcript and clerk's record. You may address this request to : <u>Judge Campbell Cox, 145th District Court, 101 West Main Street, Room 220, Nacogdoches, Texas 75961</u>.

***Please be advised that if you file a pro se brief with the Court of Appeals and your case is affirmed, you have a right to file a petition for discretionary review with the Court of Criminal***

4

***Appeals in Austin. You must do so within 30 days after the Court of Appeals denies relief for your pro se brief, if you file one, and if your conviction is affirmed. The address for the Court of Criminal Appeals is PO Box 12308, Austin, Texas 78711.***

I hope this has been of some help to you. I wish you the best of luck with your case.

Best regards,


/s/ Dean Watts
Dean Watts, Attorney at Law